In the Matter of the Accounting of DANIEL TALMAGE, as Executor of CATHERINE ELIZABETH SWAN, Deceased.

DANIEL TALMAGE, as Executor, Appellant; CLARENCE RAPELYE et al., Respondents.

*Matter of Talmage*, 32 App. Div. 10, affirmed.
(Argued October 24, 1899; decided November 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 7, 1898, modifying and affirming, as modified, a decree of the Surrogate's Court of Queens county, directing Daniel Talmage, as executor, to pay to Clarence Rapelye and Manett Nutt the sum of $2,000 with interest.

*Hitchings, Palliser & Moen* for appellant.

*Arthur Van Dewater* for respondents.

Order affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not voting, and O'BRIEN, J., absent.

———

JOHN I. HUNT, as Administrator of CHESTER A. ARTHUR HUNT, Deceased, Respondent, *v.* THE FITCHBURG RAILROAD COMPANY, Appellant.

*Hunt v. Fitchburg R. R. Co.*, 32 App. Div. 631, affirmed.
(Argued October 24, 1899; decided November 21, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1898, affirming a judgment in favor of plaintiff entered upon a verdict.

*T. F. Hamilton* for appellant.

*James Lansing* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not voting, and O'BRIEN, J., absent.